ACCEPTED
08-21-00041-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/17/2021 8:03 AM
ELIZABETH G. FLORES
CLERK

## NO. 08-21-00041-CR

**IN THE
COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/17/2021 8:03:46 AM
ELIZABETH G. FLORES
Clerk

---

**ERIBERTO LOPEZ,**
**Appellant**

vs.

**THE STATE OF TEXAS**
**Appellee**

---

**In the 112th District Court of
Reagan County, Texas**

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ERIBERTO LOPEZ, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

/s/ Albert G. Valadez
Albert G. Valadez
SBT# 20421840

104 West Callaghan
Fort Stockton, Texas 79735
432.336.7562
432.336.2600 Fax
agvaladez@sbcglobal.net
Attorney for ERIBERTO LOPEZ

## CERTIFICATE OF SERVICE

This is to certify that on March 15, 2021, a true and correct copy of the above and foregoing document was served on the 112TH District Attorney's Office, Reagan County, by electronic service through the Electronic Filing Manager.

/s/ Albert G. Valadez
Albert G. Valadez

| STATE OF TEXAS | § |
| | § |
| COUNTY OF PECOS | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Albert G. Valadez, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

Albert G. Valadez
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 15, 2021, to certify which witness my hand and seal of office.

Notary Public, State of Texas

ROSIE M. HOLLAND
Notary Public, State of Texas
Comm. Expires 06-01-2023
Notary ID 421456-7

2

| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF REAGAN | § |

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared ERIBERTO LOPEZ, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
ERIBERTO LOPEZ
Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 15th day of March 2021, to certify which witness my hand and seal of office.

ROSIE V. ORTIZ
Notary Public, State of Texas
Comm. Expires 07-25-2023
Notary ID 7147553

_____
Notary Public, State of Texas